# United States Court of Appeals for the Federal Circuit

---

June 6, 2014

**ERRATA**

---

Appeal No. 2014-7036

**WILLIAM LEE, JR.,**

**v.**

**SLOAN D. GIBSON,**
**Acting Secretary of Veterans Affairs.**

Decided:  June 5, 2014

Nonprecedential Opinion

---

Please make the following change in the per curiam opinion:

Page 5, line 23, replace "udebateble" with "undebatable."